■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FORTUNATO AURIGEMMA, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— In a habeas corpus proceeding, relator appeals from an order of the Supreme Court, Dutchess County, dated October 23, 1961, which dismissed the writ, after a hearing, and remanded him to the custody of respondent. Order affirmed. (*People ex rel. Powers* v. *Jackson,* 14 A D 2d 974; *People ex rel. Imbruglia* v. *Jackson,* 8 A D 2d 651, affd. 9 N Y 2d 767; *People ex rel. Pannone* v. *Fay,* 16 A D 2d 946, mot. for lv. to app. den. 12 N Y 2d 642; *People* v. *Howell,* 12 N Y 2d 723; *People* v. *Aurigemma,* 1 A D 2d 789; cf. *People* v. *Aurigemma,* 13 A D 2d 792, cert. den. 368 U. S. 969.) Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HORACE FORD, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— In a habeas corpus proceeding, relator appeals from an order of the Supreme Court, Dutchess County, entered May 7, 1963 after a hearing, which dismissed the writ and remanded him to the custody of respondent. Appeal dismissed. The inquiry into relator's detention has become moot in view of the fact that on July 26, 1963 he was released from imprisonment and placed on parole, and that on September 17, 1963 the term of his maximum sentence expired. Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.

■ ANNE E. ROGERS et al., Appellants, v. NORTH AMERICAN PHILIPS COMPANY, INC., et al., Respondents, et al., Defendant.— In an action to declare unconstitutional, illegal and void certain amendments to the zoning ordinance of the defendant village, pursuant to which the village, by the "two-step" or "floating zone" method, rezoned the subject property and placed it in a special classification known as "Planned Office Building and Research Laboratory B," and for incidental injunctive relief, plaintiffs appeal from a judgment of the Supreme Court, Westchester County, entered January 16, 1963 upon the Special Term's opinion and decision after a nonjury trial, dismissing the complaint on the merits. Judgment affirmed, with costs, on the opinion of the Justice at Special Term (*Rogers* v. *North American Philips Co.,* 37 Misc 2d 923). Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.